UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-61175-RS

CHARLES GREENBERG,
individually and on behalf
of all others similarly situated,

    Plaintiff,

v.

REAL ESTATE SALES, LLC,

    Defendant.
_____/

## ORDER DISMISSING CASE

THIS CAUSE is before the Court on Plaintiff's Notice of Dismissal [DE 15].

Upon consideration, it is

**ORDERED** that:

1. All claims of the Plaintiff, Charles Greenberg, individually, are hereby **DISMISSED WITH PREJUDICE**;

2. All claims of any unnamed member of the alleged class are hereby **DISMISSED WITHOUT PREJUDICE;**

3. All pending motions not otherwise ruled upon are **DENIED AS MOOT**;

4. Each party shall bear its own attorneys' fees and costs; and

    5.  This case is **CLOSED**.

DONE and ORDERED in Ft. Lauderdale, Florida on this 12th day of July, 2019.

RODNEY SMITH
United States District Judge

Copies to:
Counsel of record